JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR13-123-RSL-2 |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| HUY HUU NGUYEN, | ) | |
| Defendant. | ) | |

This matter has come before the Court on Huy Huu Nguyen's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Huy Huu Nguyen's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 5th day of January, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

Submitted by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Huy Huu Nguyen

ORDER FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Huy Huu Nguyen*; CR13-123-RSL-2) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**